UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

JOCK RENE LATIOLAIS                    CIVIL ACTION NO. 09-1433-P

VERSUS                                 JUDGE S. MAURICE HICKS, JR.

FORCHT WADE CORRECTIONAL               MAGISTRATE JUDGE HORNSBY
CENTER, ET AL.

**JUDGMENT**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, and noting the lack of written objections filed by Plaintiff and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**, for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

**THUS DONE AND SIGNED**, in chambers, at Shreveport, Louisiana, on this 22nd day of February, 2012.

S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE